In the Matter of the Claim of John Dunn, Respondent, against The University of Rochester, Appellant, State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of The Board of Supervisors of the County of Warren to Secure the Requisite Rights of Way for the Hague-Ticonderoga County Highway, No. 2823, Warren County.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

Ralph B. Dedrick, as Administrator, etc., of Harvey E. Dedrick, Deceased, Respondent, v. Mildred Carpenter and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Carl Fredriksen, Respondent, against American Scandinavian Methodist Episcopal Church and Another, Appellants. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Anna Bauer, Respondent, against Miller's Paint Shop and Another, Appellants. State Industrial Board, Respondent. —Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Pasquale Antonacci, Respondent, against Consolidated Telegraph and Electrical Subway Company, Appellant. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.